IN RE APPLICATION OF KLOEKER.

**[Cite as *In re Application of Kloeker,* 137 Ohio St.3d 1211, 2013-Ohio-4574.]**

*Pending application for admission to take the Ohio bar examination disapproved—Applicant may reapply to take the July 2015 bar examination.*

(No. 2013-0438—Submitted May 8, 2013—Decided October 23, 2013.)

ON REPORT BY THE BOARD OF COMMISSIONERS ON CHARACTER AND FITNESS OF THE SUPREME COURT, NO. 533.

_____

{¶ 1} On March 19, 2013, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that Christopher Carroll Kloeker's application to take the Ohio bar examination be disapproved and that he be permitted to apply for the July 2014 bar examination. The applicant did not file objections. On June 18, 2013, the court granted, in part, Kloeker's motion to seal the record.

{¶ 2} On consideration of the board's report, the court adopts the board's finding that Kloeker has failed to prove that he currently possesses the requisite character, fitness, and moral qualifications for admission to the practice of law in Ohio and hereby orders that Kloeker's pending application be disapproved. Based on the court's review of the record, the court also finds that a longer waiting period is required before Kloeker may reapply to take the Ohio bar examination. Accordingly, it is further ordered that Kloeker is permitted to reapply for the July 2015 bar examination pursuant to the requirements of Gov.Bar R. I, including completion of a new character-and-fitness investigation.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

PFEIFER, LANZINGER, and O'NEILL, JJ., concur in part and dissent in part and would allow the applicant to reapply for the July 2014 bar examination as recommended by the Board of Commissioners on Character and Fitness.

_____